# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**SELECT SPECIALTY HOSPITAL QUAD CITIES, INC.**

    Plaintiff                 *

       v.                    *          Civil No.: PX 18-cv-3586

**WH ADMINISTRATORS, INC.**          *

    Defendant

                                      ******

## ORDER OF DEFAULT

It appears from the records and/or affidavit of the **Select Specialty Hospital – Quad Cities, Inc.** that the Summons and Complaint were properly served upon the named Defendant, **WH Administrators, Inc.** on **January 22nd, 2019** and time for said Defendant to plead or otherwise defend expired on **February 12th, 2019**, and that said Defendant has failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure.

Therefore pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is **ORDERED**, that default for want of answer or other defense by said Defendant is entered this 27th day of March, 2020.

                                                     FELICIA C. CANNON, CLERK

                             By:            /s/
                                        Brian Ulander, Deputy Clerk